UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 16-20211
        HON. GEORGE CARAM STEEH

JOSETTE BUENDIA,

        Defendant.
_____/

### ORDER DENYING DEFENDANT'S RULE 29 MOTION FOR A JUDGMENT OF ACQUITTAL

This matter comes before the Court on defendant's oral Motion for a Judgment of Acquittal pursuant to Fed. R. Crim. P. 29. Defendant raised this motion on December 9, 2016. The Government opposed this motion, and the Court heard argument. Because a reasonable juror could find the elements of the charges established beyond a reasonable doubt,

IT IS HEREBY ORDERED that defendant's motion for judgment of acquittal is DENIED.

IT IS SO ORDERED.

Dated: December 15, 2016

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 15, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk