UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

        Plaintiff,

vs.

        Case No. 16-20211
        HON. GEORGE CARAM STEEH

JOSETTE BUENDIA,

        Defendant.
_____/

## OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME (DOC. 51)

This matter is presently before the Court on Buendia's Emergency Motion for an Extension of Time Within Which to Surrender. (Doc. 51). Buendia refers to a physician's note, dated September 8, 2017. (Doc. 51-1 at PageID 1416). On September 7, 2017, following review of an MRI, Buendia's physician determined that she required surgery. (*Id.*). The surgery is scheduled for September 11, 2017. (*Id.*). Buendia was previously ordered to surrender on September 11, 2017 by 12:00pm unless ordered otherwise by the Bureau of Prisons. (Doc. 41). She now asks for an extension of time in order to receive her surgery. Buendia's motion is GRANTED. Buendia shall receive a 45 day extension of time within which

to surrender (October 26, 2017 by 12:00pm unless ordered otherwise by the Bureau of Prisons).

IT IS SO ORDERED.

Dated: September 11, 2017

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 11, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk